GUY A. DE MURO, PLAINTIFF-PETITIONER, v. THEODORE C. JANECZEK, DEFENDANT-RESPONDENT.

See same case below: 4 *N. J. Super.* 266.

*Messrs. Heller & Laiks* for the petitioner.

*Mr. Samuel Doan* for the respondent.

October 3, 1949.   Denied.

NEW JERSEY TURNPIKE AUTHORITY, PLAINTIFF-RE-SPONDENT, v. THEODORE D. PARSONS, ATTORNEY GENERAL, DEFENDANT-RESPONDENT, AND SPENCER MILLER, JR., STATE HIGHWAY COMMISSIONER, DE-FENDANT-PETITIONER.

See same case below: 5 *N. J. Super.* 595.

*Mr. Frank A. Mathews, Jr.,* for the petitioner.

*Mr. Obie Silber* for the respondent Theodore D. Parsons, Attorney-General.

*Mr. Augustus C. Studer, Jr.,* for the respondent Spencer Miller, Jr., State Highway Commissioner.

October 10, 1949.   Granted.